IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 74.64.34.199

**ISP:** Time Warner Cable
**Physical Location:** New York, NY

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 11/05/2017 21:12:26 | C4022F7D7B4478BC0FDEA34FC560EBAA81DB77B4 | The Tightest Blonde |
| 11/05/2017 20:13:18 | 1CFFE824FA32506E0EDB0E30E3ACE741F2090357 | Want To Fuck My Wife |
| 11/05/2017 20:06:23 | E09F202028CD644929F8A1056689FB04A9ECDA96 | Virtual Girlfriend |
| 11/05/2017 19:55:49 | 9E4657AC26A21EF5A2A920B00E1A3C676FD403EA | Black Lace and Blonde Hair in My Bed |
| 11/05/2017 19:55:00 | 989F49C61DD9BA75A4DCD1B44C3454A6F5AF5798 | Love Burns Again |
| 11/05/2017 19:53:18 | D7EC9E764B6EDD9651021E02088C4226637140E1 | Hot Euro Brunettes |
| 11/05/2017 19:51:59 | DA3DA3342FD97239F701854B5A70F937059213E6 | Blonde College Girl Perfection |

**Total Statutory Claims Against Defendant: 7**

EXHIBIT A

SNY415